# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Request for Early Termination of Supervision

| | |
|---|---|
| **Name of Offender** | **Docket Number** |
| Rylando Demetrius Matlock | 0971 4:08CR00810-001 DLJ |

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
Senior United States District Judge

FILED
DEC 10 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Date of Original Sentence:** June 19, 2009

**Original Offense:** Count One: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii), a Class B Felony

**Original Sentence:** 60 Months in custody, 4 Years supervised release
**Special Conditions:** Drug treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; access to financial; register as drug offender; when not employed or enrolled in an education or vocational training perform 20 hours community service per week.

This petition has been assigned as a duty matter to the Honorable Claudia Wilken.

| | |
|---|---|
| Type of Supervision | Date Supervision Commenced |
| Supervised Release | May 17, 2013 |
| Assistant U.S. Attorney | Defense Counsel |
| James C. Mann | Seth Chazin (Appointed) |

### Petitioning the Court to Take Judicial Notice

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

On September 27, 2013, the offender was pronounced dead at the John Muir Medical Center in Walnut Creek, where he died at approximately 3:15 a.m. as a result of gunshot injuries.

Respectfully submitted,

Sonia Lapizco
U.S. Probation Officer Specialist
Date Signed: November 29, 2013

Reviewed by:

Mark Messner
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12B(2) 10/15/2013

RE:   Matlock, Rylando Demetrius                                                                 2
      0971 4:08CR00810-001 DLJ

---

THE COURT ORDERS:

☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:


DEC 1 0 2013                                    _____
_____                 Claudia Wilken
Date                                            Chief United States District Judge